■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING BOYD, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered October 23, 1986, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

As the defendant received the sentence which he had been promised, he should not now be heard to complain that it is excessive *(see, People v Kazepis,* 101 AD2d 816). In any event, we find that the sentence is a proper exercise of the court's discretion *(see, People v Suitte,* 90 AD2d 80).

We have considered the contentions raised by the defendant in his *pro se* supplemental brief and find them to be either unpreserved for appellate review *(see, People v Smith,* 142 AD2d 195; *People v Pellegrino,* 60 NY2d 636) or without merit. Mollen, P. J., Kunzeman, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO CANNINO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Cooperman, J.), rendered October 13, 1982, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Thompson, Eiber and Spatt, JJ., concur.